IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN 2 4 2007
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| CHARLES LEWIS HATCHER, | § |
| Petitioner, | § |
| VS. | § NO. 4:06-CV-501-A |
| NATHANIEL QUARTERMAN, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, | § |
| Respondent. | § |

O R D E R

Came on for consideration the above-captioned action wherein Charles Lewis Hatcher is petitioner and Nathaniel Quarterman, Director, T.D.C.J., Correctional Institutions Division, is respondent. This is a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254. On January 5, 2007, 2006, the United States Magistrate Judge issued his proposed findings, conclusions, and recommendation that the petition be dismissed as time-barred. The magistrate judge ordered that the parties file objections, if any, to his proposed findings, conclusions, and recommendation by January 26, 2007. On January 24, 2006, petitioner filed his purported objections. Respondent has not made any further response.

In accordance with 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the court makes a de novo determination of those portions of the proposed findings or recommendations to which specific objection is made. United

States v. Raddatz, 447 U.S. 667 (1980). The court is not addressing any nonspecific objections or any frivolous or conclusory objections. Battle v. United States Parole Comm'n, 834 F.2d 419, 421 (5th Cir. 1987).

Petitioner's only alleged objections reiterate his substantive attacks on his sentence. For example, he complains that the state trial court purportedly used a void conviction to enhance his sentence. Petitioner makes no specific objection to the magistrate judge's finding that his petition should be dismissed as time-barred.

Therefore,

The court accepts the findings, conclusions and recommendation of the magistrate judge and ORDERS that the petition in this action be, and is hereby, dismissed with prejudice.

SIGNED January 24, 2007.

JOHN McBRYDE
United States District Judge

2